## (January 31, 1967)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS CECIL JONES, Appellant.— Motion by respondent to resettle order of this court dated March 21, 1966 and for alternative relief. Motion granted as follows: The order of this court dated March 21, 1966 is resettled by striking from the decretal paragraph the words "for a hearing and" and adding thereto the following: "In the event that said court decides that a hearing should be granted, the Justice there presiding may, if the parties stipulate therefor, direct that the hearing be held and determined in the Supreme Court, Queens Conuty, but that

the order to be made thereon be entered in the County Court, Westchester County; and that all further proceedings, if any be necessary, shall continue in the County Court, Westchester County." Beldock, P. J., Christ and Benjamin, JJ., concur; Rabin, J., concurs, although he adheres to his dissenting vote and memorandum [25 A D 2d 675] on the March 21, 1966 determination of the appeal.